IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AUDREY RIVAS                                                                                              PLAINTIFF

V.                                             CASE NO. 09-CV-4068

MILLER COUNTY, ARKANSAS; LINDA RAMBO,
individually and in her official capacities as former
Sheriff of Miller County, Arkansas; TOMMY HOLLIN,
individually and in his official capacity as the Chief
Deputy Sheriff of Miller County; and GLENDON
FLOWERS, individually and in his official capacity
as a Miller County Sheriff's Deputy                                                               DEFENDANTS

## ORDER

Before the Court is Defendants' Motion for Summary Judgment. (Doc. 15). Plaintiff Audrey Rivas has filed a response. (Doc. 18). The matter ripe is for consideration. For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendants' Motion for Summary Judgment against Plaintiff should be and hereby is **DENIED**. The claims against Sheriff Rambo, Chief Hollin, and Deputy Flowers in their official capacities are **DISMISSED** as redundant to the claims against Miller County.

IT IS SO ORDERED, this 10th day of November, 2010.

                                                               /s/ Harry F. Barnes
                                                           Hon. Harry F. Barnes
                                                           United States District Judge